# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE WALKER D. MILLER

## COURTROOM MINUTES

Courtroom Deputy: Kathy Preuitt-Parks           Date: October 10, 2006
Court Reporter: Janet Coppock                   Time: 5 minutes
Probation Officer: Tom Destito                  Interpreter: Marcella Salazar

**CASE NO.   06-CR-00060-WDM**

<u>Parties</u>                                    <u>Counsel</u>

**UNITED STATES OF AMERICA,**                    Mark Barrett

      Plaintiff,

vs.

**DAVID GUTIERREZ-BURGOS,**                      Harvey Steinberg

      Defendants.

## STATUS CONFERENCE

**10:15 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter sworn.

Comments by Mr. Barrett advising that Mr. Steinberg has been recently entered his appearance in this case and discovery has been provided.

Mr. Steinberg requests 20 days to file motions.
Page Two
06-CR-00060-WDM
October 10, 2006

**ORDERED:** Motions deadline is extended to **October 30, 2006.**

**ORDERED:** Counsel directed to chambers to schedule a status conference or change of plea no later than **November 10, 2006.**

**ORDERED:** Unopposed Motion to Convert Change of Plea Hearing to Status Conference (Doc #78), filed 10/6/06 is **GRANTED.**

**ORDERED:** Defendant is REMANDED to the custody of the United States Marshal.

**10:20 a.m.    COURT IN RECESS**

**Total in court time:        5 minutes**

**Hearing concluded**